```
_____FILED      _____ENTERED
_____LODGED     _____RECEIVED

         MAY 19 2025    MH

          AT SEATTLE
      CLERK U.S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
                         DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWETHER RENTON SAGE, LLC,<br><br>Plaintiff,<br>vs.<br><br>DARREN MICHAEL BRIN©<br><br>Defendant. | 2:25-cv-00946-JHC<br><br>CASE NO. 25-2-07246-1 KNT (FORMERLY KCSC)<br>NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441, 1443, AND 1331 |

**COMES NOW,** Defendant Darren Michael Brin© *(hereinafter "Defendant")*, appearing specially and sui juris, and hereby removes to this Honorable Court the above-entitled matter from the Superior Court of Washington for King County, pursuant to **28 U.S.C. §§ 1441, 1443, 1331,** and **1446.** In support of this Notice, Defendant states as follows:

### I. GROUNDS FOR REMOVAL

1. Defendant, Darren Michael Brin, appearing pro se, hereby removes this action from the Superior Court of the State of Washington, King County, pursuant to **28 U.S.C. § 1443**, on the grounds that he is being denied rights secured under the United States Constitution and Washington State Constitution in the ongoing state court proceedings.

**Brin - Notice of Removal - Page 1 of 4**

## II. PROCEDURAL HISTORY

2. Plaintiff Bellwether Renton Sage, LLC filed an unlawful detainer action against Defendant in King County Superior Court on or about **March 5, 2025.** No lawful service of the Summons and Complaint was ever completed following the filing. Instead, Plaintiff filed a **forged "Notice of Appearance - Pro Se"**, under Defendant's name using their attorney's own email account *(confirmed via public records response by Danielle Anderson, Division Director / Public Records Officer, King Co. Department of Judicial Administration / Superior Court Clerk's Office)*, which was submitted through the King County e-filing portal *(KC Script)* on the same day the case was opened.

3. On **April 2, 2025,** Defendant filed a Counterclaim, which was served via certified mail and the court portal. Plaintiff failed to respond within the required **20-day deadline** under **CR 12(a)(1)**, and no motion for extension was filed. As of the date of this filing, Plaintiff remains in procedural default.

4. On **May 5, 2025,** the state court issued a **Writ of Restitution,** without conducting a hearing on Defendant's *Motion to Vacate, Notice of Special Appearance*, or *Motion for Default Judgment*, and without addressing jurisdictional objections or the pending unrebutted affidavit of commercial discharge.

## III. CIVIL RIGHTS VIOLATIONS AND FEDERAL JURISDICTION

5. This action is removed under **28 U.S.C. § 1443(1)** due to the denial of Defendant's civil rights in state court proceedings. Defendant was not lawfully served with the Summons and Complaint following the case filing. Nevertheless, the court proceeded to issue a writ based on filings that include forged and fraudulent documents.

6. Plaintiff filed a forged Notice of Appearance through the email address of their own attorney, Randall Redford *(info@puckettredford.com)*, without consent or authorization. Directly beneath this fraudulent filing, Plaintiff inserted Defendant's original **Notice of Special Appearance**, creating the false appearance of voluntary participation. Also filed were Defendant's private discharge documents—including a **1099-OID** letter containing his **Social**

Brin - Notice of Removal - Page 2 of 4

**Security Number** and copies of his **Bonded Bill of Exchange**—without service or permission. These materials were filed out of order, incomplete, and without authentication.

7. The lease agreement submitted by Plaintiff contains forged initials "**DA**" rather than "**DB,**" and the signature is *clearly* not Defendant's. Additionally, Plaintiff filed an *ERPP (Eviction Resoplution Piliot Program)* "*rent only*" agreement dated **February 12, 2024,** despite the **ERPP** program being officially terminated statewide on **July 1, 2023.** Defendant holds a copy of a dated email from ERPP attorney Ashley Cummins, confirming that the program was inactive as of **June 29, 2023.** These fabricated documents were filed without authentication, used to support a writ, and never served on Defendant.

8. The state court has ignored jurisdictional objections, refused to address forgery allegations, and moved forward with issuing a writ of restitution without resolving default or procedural due process concerns. This constitutes a denial of rights guaranteed under the Fourteenth Amendment of the **U.S. Constitution** and under **Article I, §§ 3** and **7** of the Washington State Constitution.

## IV. ATTACHMENTS

In support of this removal, Defendant attaches the following documents:

1. True and correct copy of the King County Superior Court docket and all filings submitted in the matter

2. Affidavit of Darren Michael Brin and Exhibit Index (Exhibits A–I)

3. USPS Certified Mail Receipts for service of Counterclaim and discharge documents Discharge Mail Receipts will be in a seperate PDF File.

## V. CONCLUSION

For the reasons set forth above, Defendant respectfully removes this matter to the United States District Court for the Western District of Washington pursuant to **28 U.S.C. § 1443** and requests that this Court assume jurisdiction over this action.

Signed on this 18th day of May, 2025.

By _____
Darren-Michael:Brin, Defedant/Counterclaimant
All Rights Reserved, without prejudice.