The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWETHER RENTON SAGE, LLC, <br><br> Plaintiff, <br> vs. <br><br> DARREN MICHAEL BRIN© <br><br> Defendant. | CASE NO. 2:25-CV-00946-JHC <br><br> MOTION FOR ENTRY OF DEFAULT JUDGEMENT |

Pursuant to **Federal Rule of Civil Procedure 55(a)**, Defendant and Counterclaimant Darren Michael Brin respectfully moves the Clerk of the Court to enter default against Plaintiff Bellwether Renton Sage, LLC, for failure to answer or otherwise respond to the Counterclaim filed and served on **April 4, 2025 *(Attorney Randy Redford was served electronically on April 2nd, 2025).***

Under Rule **12(a)(1)(B)**, Plaintiff was required to file an answer or responsive pleading within **21 days of service**. As of the date of this motion, no response, motion, or appearance has been made by Bellwether Renton Sage, LLC.

**Brin - Motion for Entry of Default Judgment - Page 1 of 2**

1 | A Certificate of Service is attached, along with a copy of the Counterclaim and the original filing
2 | date.

**WHEREFORE,** Defendant respectfully requests that the Clerk enter default against Plaintiff Bellwether Renton Sage, LLC, pursuant to **Rule 55(a)**.

SIGNED/DATED this 20TH day of May, 2025.

By_____
   Darren-Michael:Brin, Defendant, Pro se, All Rights Reserved, without prejudice.

**FILED**
2025 APR 02 03:35 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-07246-1 KNT

THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| BELLWETHER RENTON SAGE, LLC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> DARREN MICHAEL BRIN©, <br> Proprius Persona, <br><br>　　　　　Defendant. | NO. 25-2-07246-1 KNT <br><br> ANSWER & COUNTERCLAIM OF DARREN MICHAEL BRIN© (SPECIAL APPEARANCE) |

**COMES NOW, I, Defendant, Darren Michael Brin**, appearing specially and not generally, and hereby submits this Counterclaim against **Plaintiff, Bellwether Renton Sage, LLC,** as follows:

### 1. Bad Faith Conduct and Abuse of Process:

Plaintiff filed over **55 documents** with the court without properly serving them on Defendant and, more egregiously, filed at least **22 documents on behalf of Defendant**, including filings clearly authored by Defendant in an effort to discharge the alleged debt. These documents were filed **without Defendant's knowledge or permission**, and created a false appearance that Defendant had appeared, waived jurisdictional defenses, and submitted himself to the Court's authority — when in fact he had not. This conduct constitutes **fraud** under **RCW 9A.60.030 (Offering false instrument for filing or**

Brin - Counterclaim - Page 1 of 3

record) and may constitute **criminal impersonation in the first degree** under **RCW 9A.60.040**, as Plaintiff knowingly acted without authority and with intent to defraud and mislead the Court and third parties. Defendant has submitted a **Public Records Request**, to the **King County Information Technology Department (KCIT),** for a forensic overview of **WHO** exactly filed the *"Notice"* for him *(See Exhibit's for the Defendant B, & B1).* Plaintiff's unauthorized use and filing of Defendant's personal legal documents was also done in violation of Defendant's **due process rights** and constitutes **an abuse of legal process for improper purpose** *(see Plaintiff's filing for DARREN M BRIN, Defendant, "Notice of Appearance, pro se," on the court docket for the above case number).*

### 2. Forgery and Fraudulent Misrepresentation:

Plaintiff submitted documents to the court bearing Defendant's *forged signature*, including an alleged lease agreement and a document submitted under the **ERPP program**, which had already been *defunct* at the time of submission. These documents were used to support claims for eviction under *false pretenses (see Exhibit's for Defendant, C-C5, D, D2, & E).*

### 3. Denial of Due Process:

Plaintiff *failed* to serve a filed Summons and Complaint upon Defendant. The document served on **December 18, 2024**, was *un-filed* and *lacked a case number*. Defendant was never properly served with the filed complaint or most other documents. This deprived Defendant of proper notice and the opportunity to respond meaningfully to the proceedings *(see Exhibit's for Defendant, A-A3)*

### 4. Failure to Acknowledge Good Faith Resolution Attempt:

On or about **November 21, 2024**, Defendant submitted a written instrument in a good faith attempt to resolve the alleged account. Plaintiff failed to respond, provide accounting, or acknowledge the submission. Despite being given multiple opportunities to respond and clarify the matter, Plaintiff *ignored* the communication and pursued legal action instead.

Plaintiff's actions have also caused reputational harm to Defendant by creating a public court record that *falsely* suggests Defendant failed to respond to legal process or defaulted on obligations, when in fact, Plaintiff failed to properly serve and used unauthorized filings. These *misrepresentations* made Defendant appear *irresponsible*, damaged his *credibility*, and could *negatively* impact *housing*, *employment*, or *legal standing* in the future.

**Brin - Counterclaim - Page 2 of 3**

### 5. Damages Sought:

Defendant brings this Counterclaim in good faith and seeks the following relief:

**1. Compensatory Damages** in the amount of **$50,000**, or as determined at trial, for *emotional distress*, *reputational harm*, *false public records (that portrayed Defendant in a negative light)*, and the costs of responding to *fraudulent* and *misleading* court filings.

**2. Statutory Damages** pursuant to **RCW 19.86.090** *(Consumer Protection Act)* for unfair or deceptive practices in commerce, including the submission of *false documentation* and *abuse* of the legal process. Defendant seeks *treble damages* and *costs* as allowed by law.

**3. Punitive Damages**, to be determined by the Court, for Plaintiff's *wilful* and *malicious misconduct*.

**4.** Any other relief the Court finds just and proper.

I, DARREN MICHAEL BRIN©, Defendant, under the penalty of the State of Washington, aware that Everything in this Counterclaim, is the truth, the whole truth, and nothing but the truth, so help me God.

Signed on this 1st of April, 2025.

By _____
Darren-Michael:Brin, All Rights Reserved, without recourse or prejudice.

Brin - Counterclaim - Page 3 of 3

**FILED**
2025 APR 02
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 25-2-07246-1 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### FOR THE COUNTY OF KING

| | |
|---|---|
| BELLWETHER RENTON SAGE LLC<br><br>VS<br><br>BRIN | No. 25-2-07246-1 KNT<br><br>**CERTIFICATE OF E-SERVICE** |

I, Darren Brin, certify that I initiated electronic service of the following document(s) on the parties listed below who have consented to accept electronic service via the King County eFiling Application. Service was initiated on April 2nd, 2025 at 3:38 p.m.

Document(s):

1. Notice of Counterclaim

Parties:

1. RANDALLREDFORD, Attorney for Plaintiff
2. , E-Mail: info@puckettredford.com
3. DarrenBrin, Defendant
4. , E-Mail: Brin_Darren-Michael777@proton.me

Executed this 2nd day of April, 2025.

s/Darren Brin, 1150 Union Ave NE Apt 7-3 Renton WA


UNITED STATES POSTAL SERVICE

April 4, 2025

Dear Reference  USPS Certified Mail:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5445 6422 84**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 4, 2025, 11:03 am |
| **Location:** | SEATTLE, WA 98109 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTN CEO SUSAN BOYD OR LEGAL DEPARTMENT BELLWETH |

## Recipient Signature

**Signature of Recipient:** *[signature]* Tony

**Address of Recipient:** 433 MINOR AVE N, SEATTLE, WA 98109

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

BARBRA C RENAUD
c/o DARREN MICHAEL BRIN
7412 127TH PL SE
NEWCASTLE WA 98056-1324

$11.78  US POSTAGE
FIRST-CLASS IMI
Apr 02 2025
Mailed from ZIP 98056
11 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



063S0011485632

**USPS CERTIFIED MAIL**



9414 8118 9876 5445 6422 84

BELLWETHER HOUSING
ATTN CEO SUSAN BOYD OR LEGAL DEPARTMENT
433 MINOR AVE N
SEATTLE WA 98109-5439

| Reference | |
|---|---|
| USPS # | 9414811898765445642284 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:03 am on April 4, 2025 in SEATTLE, WA 98109. |
| USPS History | Out for Delivery, 04/04/2025, 6:10 am, SEATTLE, WA 98109 |
| | Arrived at Post Office, 04/04/2025, 4:29 am, SEATTLE, WA 98107 |
| | Arrived at USPS Facility, April 4, 2025, 2:55 am, SEATTLE, WA 98107 |
| | Departed USPS Regional Facility, April 4, 2025, 2:03 am, SEATTLE WA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, April 3, 2025, 9:52 pm, SEATTLE WA DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, April 3, 2025, 8:37 pm, RENTON, WA 98056 |
| | Shipping Label Created, USPS Awaiting Item, 04/02/2025, 8:38 pm, RENTON, WA 98056 |

Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2025 Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com  www.Certified-Mail-Envelopes.com
Date Verified: 04/05/2025 00:26:53 (UTC)