UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWETHER RENTON SAG, LLC., <br><br> Plaintiff, <br><br> v. <br><br> DARREN MICHAEL BRIN© <br><br> Defendant. | CASE NO. 2:25--cv-00946-JHC <br><br> MOTION FOR DEFAULT JUDGEMENT |

**COMES NOW**, Defendant and Counterclaimant **DARREN MICHAEL BRIN©**, appearing Proprius Persona, and respectfully moves this Court for entry of **Default Judgment** against Plaintiff/Counter-Defendant **Bellwether Renton Sage, LLC**, pursuant to **RCW 4.32.010**, **Civil Rule 55**, and related authorities. In support thereof, Defendant states as follows:

### I.  STATEMENT OF FACTS

On **April 2, 2025**, Defendant served **Puckett & Redford,** counsel for Plaintiffs, with his Notice of Discharge and Explanation of Counterclaim, fully detailing extensive fraud, forgery, and procedural misconduct.

**Brin - Motion for Default Judgment - Page 1 of 3**

1. On **April 4, 2025**, Defendant separately served Bellwether Housing with the Counterclaim and supporting documents.

2. The Counterclaim alleges, and evidence supports:
   - **Fraud and Forgery** of Defendant's name and documents.
   - **Unauthorized court filings** in Defendant's name.
   - **Dishonor of lawful commercial discharge**.
   - **Bad faith litigation tactics** and **abuse of process**.

4. Defendant has filed **Exhibits A–H** establishing these facts beyond dispute.

5. Pursuant to **CR 12(a)(1)**, Counterclaim Defendants were required to answer within:
   - **20 days for Puckett & Redford** *(by April 25, 2025)*,
   - **20 days for Bellwether Housing** *(by April 25, 2025)*.

6. As of the date of this Motion, **no answer or responsive pleading has been filed**.

7. **CR 8(d)** deems all uncontroverted allegations **admitted**.

8. Their conscious silence constitutes a **complete waiver of defenses** and **effective confession** to the fraud, forgery, and abuse detailed.

9. Under **RCW 19.86.090**, Defendant is entitled to **treble damages**.

10. Punitive damages are appropriate given the *malicious*, *reckless,* and *intentional misconduct.*

## II. LEGAL AUTHORITY

1. **CR 55(a)** authorizes entry of default for failure to plead or defend.

2. **CR 55(b)(1)** authorizes entry of judgment upon default.

3. **RCW 4.32.200** authorizes judgment when no appearance or answer is made after service.

4. **RCW 19.86.090** authorizes treble damages for deceptive acts in trade or commerce.

5. **RCW 2.28.010** grants the Court inherent authority to control the conduct of officers of the Court and protect the integrity of proceedings.

**Brin - Motion for Default Judgment - Page 2 of 3**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWETHER RENTON SAGE, LLC., <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br><br>DARREN MICHAEL BRIN, <br><br>　　　　　　Defendant. | CASE NO. 2:25-cv-00946-JHC <br><br> CERTIFICAT OF SERVICE MOTION FOR DEFAULT JUDGMENT |

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I, Barb [Last Name], served the attached Motion for Entry of Default Judgment on Counterclaims in the matter of Bellwether Renton Sage LLC v. Darren Michael Brin (Case No. 2:25-cv-00946-JHC) by electronic mail to the following recipients:

- Austin Lauren Hsu, Esq.
- Jennifer Nguyen, CFO, Bellwether Housing
- info@bellwetherhousing.org

1  Service was effectuated via email consistent with prior course of communication. A true and
2  correct copy of the email transmission is attached hereto as Exhibit A.
3
4  Dated this 28th day of May, 2025.
5
6  BY _____




## III. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court:

A. **Enter Default** against Counterclaim Defendants;

B. **Enter Judgment** in favor of Defendant as follows:

| Damage Type | Amount |
|---|---|
| **Compensatory Damages** | $50,000.00 |
| **Treble Damages (RCW 19.86.090)** | $150,000.00 |
| **Punitive Damages** | $100,000.00 |
| **Total Judgment** | $300,000.00 |

C. **Award costs of suit**, filing fees, and further relief as appropriate;

D. **Order post-judgment interest** to accrue at the statutory rate;

E. **Grant any further relief** the Court deems just and equitable.

## IV. REQUEST FOR INJUNCTIVE RELIEF

6. Defendant further requests the Court to **order an investigation** and **audit** into the past filings of **Puckett & Redford, PLLC**, within the Superior Court of King County and other Washington courts, covering **at least five (5) years** preceding the filing of this action.

7. Defendant has submitted *prima facie* evidence demonstrating a pattern of fraud upon the court, forgery, and abuse of process, meriting such relief.

8. The interests of justice and the integrity of the judicial system demand a full inquiry.

**Respectively submitted on this 28th day of May, 2025**

BY_____

    Darren-Michael:Brin, All Rights Reserved,
    without prejudice or recourse

See old Certificates of Service as Exhibit A

Brin - Motion for Default Judgment - Page 3 of 3

FILED
2025 MAY 05 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-07246-1 KNT

# EXHIBIT A (5 Pages)

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| BELLWETHER RENTON SAGE LLC<br><br>VS<br><br>BRIN | No. 25-2-07246-1 KNT<br><br>**CERTIFICATE OF SERVICE** |

I, Barbra Renaud, certify that I served, the below mentioned Plaintiff's via Certified Mail, on April 26th, 2025 via Certified Mail numbers 9414 8118 9876 5449 4674 01 (Bellwether) & 9414 8118 9876 5449 4674 32 (Attorney for Bellwether Randall Redford) The Demand Letter, for Darren-Michael:Brin, Defendant.

**Please see attached Certificates of Service from USPS**

Document(s): Demand Letter & Copy of Motion for Default

1. Demand Letter

Parties:

1. Pucket & Redford

2. Bellwether Renton Sage, LLC.

Executed, this 26th day of April 2025.

_____
Barbra Renaud

## Electronic Delivery Confirmation™





| | |
|---|---|
| Reference | DEM. LETTER |
| USPS # | 9414811898765449467432 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 2:26 pm on April 30, 2025 in SEATTLE, WA 98164. |
| USPS History | Arrived at USPS Regional Facility, April 28, 2025, 7:41 pm, SEATTLE WA DISTRIBUTION CENTER<br>Departed Post Office, April 28, 2025, 5:09 pm, BOTHELL, WA 98011<br>USPS picked up item, April 28, 2025, 12:24 pm, BOTHELL, WA 98011<br>Shipping Label Created, USPS Awaiting Item, 04/26/2025, 5:37 pm, RENTON, WA 98056 |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2025** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/01/2025 00:54:37 (UTC)**

■ UNITED STATES POSTAL SERVICE

May 3, 2025

Dear Reference  DEM LETTER:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5449 4674 32**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 30, 2025, 2:26 pm |
| **Location:** | SEATTLE, WA 98164 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTN RANDALL REDFORD PUCKETT   REDFORD |

### Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## Electronic Delivery Confirmation™





| | |
|---|---|
| Reference | DEM. LETTER |
| USPS # | 9414811898765449467401 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 2:28 pm on April 30, 2025 in SEATTLE, WA 98109. |
| USPS History | Arrived at USPS Regional Facility, April 28, 2025, 7:46 pm, SEATTLE WA DISTRIBUTION CENTER |
| | Departed Post Office, April 28, 2025, 5:09 pm, BOTHELL, WA 98011 |
| | USPS picked up item, April 28, 2025, 12:24 pm, BOTHELL, WA 98011 |
| | Shipping Label Created, USPS Awaiting Item, 04/26/2025, 5:32 pm, RENTON, WA 98056 |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2025** Certified Mail Envelopes, Inc.   www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/01/2025 00:54:38 (UTC)**

**UNITED STATES POSTAL SERVICE**

May 1, 2025

Dear Reference  DEM LETTER:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5449 4674 01**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | April 30, 2025, 2:28 pm |
| Location: | SEATTLE, WA 98109 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | ATTN JENIFFER NGUYEN BELLWETHER RENTON SAGE  LLC |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *Vanessa Fisr* |
| Address of Recipient: | 433 MINOR AVE N, SEATTLE, WA 98109 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004