UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWHETHER RENTON SAGE LLC, | CASE NO. 2:25-cv-00946-JHC |
| Plaintiff, | ORDER |
| v. | |
| DARREN MICHAEL BRIN, | |
| Defendant. | |

This matter comes before the Court on pro se Defendant Darren Michael Brin's Motion to Proceed In Forma Pauperis (IFP). Dkt. ## 31, 32 (duplicate motion). Under Federal Rule of Appellate Procedure Rule 24(a)(1)(A), a party requesting to proceed IFP on appeal must file a motion with the district court and include an affidavit that "shows in the detail prescribed by **Form 4 of the Appendix of Forms** the party's inability to pay or to give security for fees and costs." Fed. R. App. P. 24(a)(1)(A) (emphasis added).

Brin's declaration does not contain all the information required by Form 4. Dkt. # 31-1. Form 4 can be found at https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form04.pdf. And the instructions to complete Form 4 can be found at form04instructions.pdf.

Based on the above, the Court DENIES Brin's motion without prejudice.

ORDER - 1

Dated this 30th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2