UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLWHETHER RENTON SAGE LLC, | CASE NO. 2:25-cv-00946-JHC |
| Plaintiff, | ORDER |
| v. | |
| DARREN MICHAEL BRIN, | |
| Defendant. | |

Before the Court is pro se Defendant's Motion for Clerk's Entry of Default Nunc Pro Tunc Under FRCP 55(a). The motion is frivolous. The Court has already remanded this matter to state court for lack of subject matter jurisdiction. Dkt. # 26. The Ninth Circuit dismissed as frivolous Defendant's appeal from that ruling. Dkt. # 40. Accordingly, the Court DENIES the motion.

Dated this 28th day of August, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1